LITTLER MENDELSON, P.C.
ANGELA J. RAFOTH, Bar No. 241966
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Email: arafoth@littler.com

LITTLER MENDELSON, P.C.
IRENE V. FITZGERALD, Bar No. 266949
5200 North Palm Avenue, Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525
Email: ifitzgerald@littler.com

Attorneys for Defendant
L'OREAL USA S/D, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ANGELA CONTI and JUSTINE MORA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>L'OREAL USA S/D, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:19−CV−00769−LJO−SKO<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>**(Doc. 7)**<br><br>**DATE: October 15, 2019**<br><br>**TIME: 09:45 AM**<br><br>**CTRM: #7 (6th Floor)**<br><br>**SHEILA K. OBERTO U.S. MAGISTRATE JUDGE** |

## **STIPULATION**

Plaintiffs ANGELA CONTI and JUSTINE MORA, individuals, on behalf of themselves, and on behalf of all persons similarly situated ("Plaintiffs") and Defendant L'OREAL USA S/D, INC. ("Defendant"), by and through their respective counsel, hereby stipulate and agree that:

Whereas, the parties have preliminarily reached a settlement and are finalizing the settlement documents;

Whereas, the parties believe that a sixty (60) day continuance of the Initial Scheduling Conference is appropriate to facilitate the finalization of the settlement;

Whereas, the parties will file a subsequent report with the Court no later than seven (7) calendar days prior to the continued Initial Scheduling Conference. In the event the parties are unable to finalize the settlement, they will so inform the Court; and

Whereas, continuing the Initial Scheduling Conference serves the interests of judicial efficiency and conserves the Court's and the parties' time and resources.

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. The Initial Scheduling Conference currently set for October 15, 2019 at 9:45 a.m. in Courtroom 7, 2500 Tulare Street, Fresno, CA 93721 should be continued for no less than sixty (60) days.

Dated: September 27, 2019            LITTLER MENDELSON, P.C.

By: */s/ Irene V. Fitzgerald*
Angela J. Rafoth
Irene V. Fitzgerald
Attorneys for Defendant
L'OREAL USA S/D, INC.

Dated: September 27, 2019            BLUMENTHAL NORDREHAUG
BHOWMIK DE BLOUW LLP

By: */s/ Piya Mukherjee*
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
Piya Mukherjee
Attorneys for Plaintiffs
ANGELA CONTI and JUSTINE MORA, individuals, on behalf of themselves, and on behalf of all persons similarly situated

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

(No. 1:19-CV-00769-LJO-SKO)    2.    STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE

**ORDER**

Pursuant to the parties' above stipulation (Doc. 7), and for good cause shown, the Mandatory Scheduling Conference currently set for October 15, 2019, is CONTINUED to December 17, 2019, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than December 10, 2019.

IT IS SO ORDERED.

Dated: **September 30, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

(No. 1:19-CV-00769-LJO-SKO)   3.   STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE