UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CONTI and JUSTINE MORA, individuals, on behalf of themselves, and on behalf of all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>L'OREAL USA S/D, INC., a Corporation<br><br>Defendant. | No. 1:19-cv-00769-NONE-SKO<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING WITHOUT PREJUDICE THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u><br><br>(Doc. Nos. 9, 13) |

Plaintiffs bring this putative class action against defendant for alleged violations of California Labor Code §§ 201, 202, 203, 226, 226.3, 226.7, 510, and 512, California Business & Professions Code § 17200, the California Private Attorneys General Act, Labor Code § 2698, and the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* Plaintiffs filed a motion for preliminary approval of a class action settlement, which defendant did not oppose. The Court referred the matter to the assigned magistrate judge pursuant to 28 U.S.C. § 636 and Local Rules 302 and 304 for issuance of findings and recommendations.

On January 27, 2020, the magistrate judge issued findings and recommendations in which it was recommended that the Court deny the motion without prejudice to plaintiffs renewing the motion to address the issues and concerns identified therein. (Doc. No. 13.) The magistrate judge recommended denial based upon the finding that the proposed class did not meet the requirements

1

for class certification under Federal Rule of Civil Procedure 23, and because plaintiffs had failed to demonstrate that the settlement was fair, reasonable, and adequate, among other noted deficiencies. (*Id.*) Plaintiffs allege various labor violations, including that defendant required putative class member employees to work overtime off the clock and to clock out for meal breaks and at the end of shifts even though they were thereafter required submit to "loss prevention inspections." (*See* Doc. No. 1 at 147–48.) Yet, as the magistrate judge noted, plaintiffs have submitted no evidence demonstrating the existence of employment practices or policies common to all putative members of the settlement class. (*See* Doc. No. 13 at 10.)

The findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within twenty-one days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having reviewed the entire file *de novo*, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court hereby ORDERS that the findings and recommendations filed January 27, 2020, (Doc. No. 13) are ADOPTED IN FULL. Plaintiffs' motion for preliminary approval of a class action settlement (Doc. No. 9) is hereby DENIED without prejudice.

IT IS SO ORDERED.

Dated: **February 19, 2020**

UNITED STATES DISTRICT JUDGE