**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
norm@bamlawca.com
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Victoria B. Rivapalacio (State Bar #275115)
victoria@bamlawca.com
Charlotte E. James (State Bar #308441)
charlotte@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -FRESNO DIVISION

| | |
|---|---|
| ANGELA CONTI and JUSTINE MORA, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA S/D, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 1:19-CV-00769-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date:            September 08, 2020<br>Time:           9:45 a.m.<br>Judge:          Hon. Sheila K. Oberto<br>Dept.            7<br>Trial Date:    TBD<br>Date Action Filed: March 6, 2018<br><br>(Doc. 22) |

Plaintiffs ANGELA CONTI and JUSTINE MORA, individuals, on behalf of themselves, and on behalf of all persons similarly situated ("Plaintiffs") and Defendant L'OREAL USA S/D, INC. ("Defendant"), by and through their respective counsel, hereby stipulate and agree that:

Whereas, on September 27, 2019, the parties filed a Stipulation (Dkt. 7) advising the Court that the parties have preliminary reached a settlement and are finalizing the settlement documents and therefore requested a sixty (60) day continuance of the Initial Scheduling Conference in order to coordinate and finalize the settlement;

Whereas, on October 01, 2019, pursuant to the parties' stipulation, and for good cause shown, the Mandatory Scheduling Conference, which was scheduled for October 15, 2019, was continued to December 17, 2019;

Whereas, on November 12, 2019, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement (Dkt 9), which was scheduled for hearing on December 11, 2019;

Whereas, on November 14, 2019, due to the pending Motion for Preliminary Approval of Class Action Settlement, this Court issued an Order continuing the Scheduling Conference set for December 17, 2019 to February 02, 2020;

Whereas, on December 05, 2020, the Court deemed Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement, noticed for December 11, 2019, before Magistrate Judge Sheila K. Oberto, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the hearing on the Motion for Preliminary Approval was vacated and the matter was taken under submission as of that date;

Whereas, on January 31, 2020, due to the pending Motion for Preliminary Approval that was under submission, this Court issued an Order continuing the Scheduling Conference that was set for February 20, 2020 to May 21, 2020;

1  Whereas, on February 19, 2020, this Court issued its Order adopting findings and recommendations and denying without prejudice the Motion for Preliminary Approval of Class Action Settlement;

Whereas, in March 2020, it became apparent that the world was confronting the deadly COVID-19 pandemic. Further, on March 19, 2020, Governor Gavin Newsom issued an executive "Stay at Home" order, requiring individuals to stay at home or at their place of residence except in limited, necessary circumstances (i.e. to obtain groceries, medical supplies, or if they fit within certain critical job categories) and, thus, a number of restrictions have been placed on parties, counsel, and the Court;

Whereas, the parties filed a stipulation and proposed order to continue the Initial Scheduling Conference on or about May 14, 2020 and on May 15, 2020, this Court ordered the Initial Scheduling Conference continued to August 6, 2020 to give the parties time for Plaintiffs to file a renewed Motion for Preliminary Approval of Class Action Settlement (Dkt. 18);

Whereas, the parties filed a subsequent stipulation and proposed order to continue the Initial Scheduling Conference on or about July 24, 2020 and on July 27, 2020, this Court ordered the Initial Scheduling Conference continued to September 8, 2020 to give the parties time for Plaintiffs to file a renewed Motion for Preliminary Approval of Class Action Settlement (Dkt. 21);

Whereas, the parties believe that an additional thirty (30) day continuance of the Initial Scheduling Conference is necessary for Plaintiffs to finalize and file their renewed Motion for Preliminary Approval of Class Settlement before the Initial Scheduling Conference;

Whereas, the parties will file a subsequent report with the Court no later than seven (7) calendar days prior to the continued Initial Scheduling Conference. In the event Plaintiffs will not file the renewed Motion for Preliminary Approval they will so inform the Court; and

Whereas, continuing the Initial Scheduling Conference serves the interests of judicial efficiency and conserves the Court's and the parties' time and resources.

**IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1. The Initial Scheduling Conference currently set for September 8, 2020 at 9:45 a.m. in Courtroom 7, 2500 Tulare Street, Fresno, CA 93721 should be continued for no less than thirty (30) days.

Dated: September 1, 2020

*/s/ Angela J. Rafoth*
Angela J. Rafoth
Irving V. Fitzgerald

LITTLER MENDELSON P.C.
Attorneys for Defendant L'OREAL USA S/D, INC.

Dated: August 31, 2020

*/s/ Charlotte James*
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
Charlotte E. James

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Attorneys for Plaintiffs ANGELA CONTI and JUSTINE MORA

**ORDER**

Pursuant to the parties' above stipulation (Doc. 22), and for good cause shown,

the Mandatory Scheduling Conference currently set for September 8, 2020, is **CONTINUED to October 8, 2020, at 9:45 a.m.** in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their joint scheduling report by no later than October 1, 2020.

IT IS SO ORDERED.

Dated:     **September 1, 2020**                             /s/ *Sheila K. Oberto*
                                                                                        UNITED STATES MAGISTRATE JUDGE