UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CONTI and JUSTINE MORA, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>L'OREAL USA S/D INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | No. 1:19-cv-00769-JLT-SKO<br><br>ORDER DISCHAGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 16, 2022, AND APPROVING THE REVISED CLASS NOTICE<br><br>(Docs. 42, 43) |

On November 16, 2022, the Court ordered the parties to show cause why sanctions should not be imposed for failing to submit a revised class notice to the Court as required in the order granting preliminary approval of the class settlement. (Doc. 42.) The parties were directed again to file the revised notice. (Doc. 42.) Kyle Nordrehaug, Class Counsel, responded to the Court's order and reports that the Class Notice has been revised as required. Class Counsel also reports that the Class Action Settlement Agreement was properly submitted to the Labor Workforce Development Agency as required. (Doc. 43.) Plaintiff submitted the revised class notice simultaneously with the response on November 16, 2022. (*Id.* at 4-11.)

Review of the class notice indicates it includes the revisions required by the Court. In addition, the class notice contains the information required by Rule 23 of the Federal Rules of Civil Procedure, including: the nature of the action, the settlement class preliminarily certified by the Court, the claims to be resolved, representation by counsel, how a class member may comment or object to the settlement, deadlines for responses, and the binding effect of a class

judgment. Accordingly, the Court **ORDERS**:

    1.    The order to show cause dated November 16, 2022 (Doc. 42) is **DISCHARGED**.

    2.    The revised Class Notice (Doc. 43, Exh. 1) is **APPROVED**.

IT IS SO ORDERED.

Dated: __**November 22, 2022**__       /s/ Jennifer L. Thurston
                                              UNITED STATES DISTRICT JUDGE